IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-00102-F-2
No. 5:12-CV-00765-F

| | | |
|---|---|---|
| CEDRIC TAYLOR, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pending before the court are the following: Cedric Taylor's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-181]; the Government's Motion to Dismiss [DE-184] and Memorandum in Support [DE-185]; and Taylor's Response to the Motion to Dismiss [DE-187].

In its Memorandum in Support of the Motion to Dismiss, the Government makes the following bare assertion: "Petitioner admitted in open court that he was guilty of the charges." [DE-185.] In his Response, Taylor notes that, to the best of his recollection, there is nowhere in the record where he admitted that he was guilty of the charges against him. [DE-187.] Thus, the Government's assertion is disputed by Taylor. For this reason, the Government is ORDERED to file with the court a record citation supporting its assertion within fifteen (15) days.

SO ORDERED.

This the 6 day of June, 2013.

James C. Fox
Senior United States District Judge